UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:18-12343 |
| | ) | |
| ROBIN JOHNSON | ) | JUDGE: ARTHUR I. HARRIS |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS**
**UPON SARAH S. GRAHAM, ESQ.**

TO THE CLERK OF THE COURT AND ALL OTHER PARTIES IN INTEREST:

Please note the appearance of Sarah S. Graham, Esq. of Powers Friedman Linn, PLL on behalf of Creditor TDOH Holdings LLC, in the above captioned proceedings. Please serve all notices, motions, applications, stipulations, orders, pleadings, and other papers on Sarah S. Graham, Esq. of Powers Friedman Linn, PLL by mailing copies of such papers to the undersigned at the address listed below.

Respectfully submitted,

/s/ Sarah S. Graham
Sarah S. Graham, Esq. (0070850)
Robert G. Friedman, Esq. (0063811)
Powers Friedman Linn, PLL
23240 Chagrin Boulevard, Suite 180
Cleveland, Ohio 44122
Telephone (216) 514-1180
Facsimile (216) 514-1185
generalmail@pfl-law.com

*Attorneys for TDOH Holdings LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Notices and Other Papers was sent via electronically on May 9, 2018, to the following:

Kathleen Donnelly, Esq. Attorney for the Debtor at kdonnellyctnotices@hotmail.com

Sheldon Stein, Esq. Bankruptcy Trustee at ssteindocs@gmail.com

And by regular U.S. Mail prepaid postage to:

Robin E. Johnson
PO Box 18142
Cleveland Heights OH 44121

/s/ Sarah Graham
Sarah S. Graham, Esq. (0070850)
Robert G. Friedman, Esq. (0063811)

*Attorneys for TDOH Holdings LLC*